UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAFTSHACK, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERRY'S LIQUOR, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00530-TLT<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>Re: ECF Nos. 49, 52 |

　　　Before the Court is the stipulation of dismissal between Plaintiff Craftshack, Inc. and Defendants Perry's Liquor and City Hive, Inc.  ECF No. 49.  Additionally, Cross-Defendants Perry's Liquor and City Hive, Inc. submitted a stipulation of dismissal of the crossclaims.  ECF No. 52.

　　　**IT IS HEREBY ORDERED** that above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

　　　**IT IS SO ORDERED.**

Dated: June 1, 2023

_____
TRINA L. THOMPSON
United States District Judge